CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP PRICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS, a California Corporation; DOES I - V, and ROE CORPORATIONS VI - X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00373 -GMN-CWH<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [DKT # 2]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and among the parties, by and through their respective attorneys, that the time for the response to Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss with prejudice (dkt # 2), currently due on March 14, 2016, shall be extended to April 4, 2016. The deadline for the reply brief shall be April 18, 2016.

DATED this 11th day of March 2016.        DATED this 11th day of March 2016.

Law Offices of Craig B. Friedberg, Esq.        Smith Larsen & Wixom

/s/ *Craig Friedberg*                                     /s/ *Chet Glover*
CRAIG B. FRIEDBERG, ESQ.                 CHET A. GLOVER, ESQ.
*Attorney for Plaintiff*                                *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2016